**Order entered December 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01496-CV

### IN RE JANNET WALKER, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02217-3**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **DENY** relator's motion for emergency relief as moot. We **ORDER** relator to bear the costs

of this original proceeding.

/s/    ADA BROWN
          JUSTICE